**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2142**

DERRICK ALLEN,

Plaintiff - Appellant,

v.

JENNIFER ELWELL, SBI LABORATORY TECHNICIAN; MARK NELSON, SBI LAB TECHNICIAN; CERLYN DAVIS, POLICE CHIEF; GRANT GILLIAM, EX-INVESTIGATOR FOR DURHAM PD; CITY OF DURHAM; FREDA BLACK; TRACEY CLINE; THE DURHAM POLICE DEPARTMENT; DURHAM COUNTY DISTRICT ATTORNEY OFFICE; NORTH CAROLINA STATE BUREAU OF INVESTIGATION,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:19-cv-00766-TDS-LPA)

Submitted: February 17, 2022                    Decided: February 22, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Allen seeks to appeal the district court's order adopting the magistrate judge's report and dismissing Allen's claims against seven of the eight defendants named in Allen's amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Allen seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*